# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALTON HARBEN and LINNEA HARBEN h/w, | : <br> : <br> :    CIVIL ACTION |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| AMER SPORTS COMPANY, AMER SPORTS WINTER & OUTDOOR COMPANY t/a SALOMON SPORTS, SALOMON USA a/k/a SALOMON NORTH AMERICA INC. t/a SALOMON SPORTS, THE BENT GATE, INC. t/a BENT GATE MOUNTAINEERING, BACKCOUNTRY.COM, INC., and DOE MANUFACTURERS, | : <br> :    NO.    10-2284 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## ORDER

**AND NOW**, this 8th day of *December*, 2010, upon consideration of the Motion by Plaintiffs Dalton and Linnea Harben for Leave to Amend the Complaint to Join Additional Party Salomon SAS (Docket No. 25), the Response of Defendants Amer Sports Company and Amer Sports Winter & Outdoor Company t/a/ Salomon Sports Salomon USA a/k/a Salomon North America Inc. t/a Salomon Sports (collectively the "Amer Sports/Salomon Defendants") (Docket No. 27), and Plaintiffs' Reply Brief (Docket No. 28), it is hereby **ORDERED** that the Motion is **GRANTED** and the proposed Amended Complaint attached as Exhibit A to Plaintiffs' Motion shall be deemed filed as of the date of this Order.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.